UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>ARTISAN WINE BAR & SHOP, INC., a California corporation, dba ARTISAN WINE DEPOT aka ARTISAN WINE SHOP, et al.,<br><br>    Defendants. | Case No. 5:14-cv-00808-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>(Re: Docket No. 22) |

    The parties have filed a notice of settlement of action, indicating that the parties have fully settled the case.[1]  The parties shall file a notice of dismissal by October 16, 2014 at 5 PM or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: September 17, 2014

                                                              _____
                                                              PAUL S. GREWAL
                                                              United States Magistrate Judge

---

[1] *See* Docket No. 22.

Case No. 5:14-cv-00808-PSG
ORDER TO SHOW CAUSE